DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  matthew.knepper@akerman.com

*Attorneys for Department Stores National Bank, erroneously sued as Macy's/DSNB and American Express/DSNB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA A. HARVEY,<br><br>                    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.; MACY'S/DSNB; AMERICAN EXPRESS/DSNB; SILVER STATE SCHOOLS CREDIT UNION; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | Case No.: 2:15-cv-02263-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO DEPARTMENT STORES NATIONAL BANK TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Department Stores National Bank (**DSNB**) thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff Gina Harvey's (**Plaintiff**) complaint, which she filed on December 1, 2015. ECF No. 1. Pursuant to Stipulation of the parties, BANA shall have until March 18, 2016 to file a responsive pleading.  This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to explore settlement.

/ / /

{37577943;1}

1   This is the parties' first request for an extension.

2   DATED this 18th day of February, 2016.

| **HAINES & KRIEGER** | **AKERMAN LLP** |
|---|---|
| /S/ *David Krieger*<br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Department Stores National Bank* |

**IT IS SO ORDERED:**

_____
**UNITED STATES  MAGISTRATE JUDGE**

**DATED:** ____February 19, 2016_____

{37577943;1}    2