**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, NV  89146
Tel:  702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Named As Capital One Bank, National Association

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GINA A. HARVEY, | CASE NO.:  2:15-CV-02263-JCM-VCF |
| Plaintiff, | *Assigned To The Hon. Judge James C. Mahan; Referred To The Hon. Magistrate Judge Cam Ferenbach* |
| v. | |
| CAPITAL ONE BANK, NATIONAL ASSOCIATION, MACY'S/DSNB, AMERICAN EXPRESS/DSNB, SILVER STATE SCHOOLS CREDIT UNION, AND EQUIFAX INFORMATION SERVICES, LLC | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| | **(THIRD REQUEST)** |
| Defendants. | Complaint Filed:        11/30/2015 |

Plaintiff Gina A. Harvey ("Plaintiff"), by and through her counsel of record, and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank, National Association" ("Capital One"), by and through its counsel of record, hereby submit this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint by fourteen (14) days, as follows:

**WHEREAS:**

1.  Plaintiff filed the Complaint in this matter on November 30, 2015;

2.  The Parties stipulated and the Court extended Capital One's deadline to file its responsive pleading to the Complaint to March 2, 2016 and March 16, 2016;

3.  The Parties agree that a further brief extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to continue to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

4.  Capital One and Plaintiff have agreed to extend Capital One's deadline to respond to Plaintiff's Complaint by fourteen (14) days to Wednesday, March 30, 2016;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

2        Capital One will file its responsive pleading to Plaintiff's Complaint on or

3    before Wednesday, March 30, 2016.

4    **IT IS SO STIPULATED.**

5    DATED:  March 16, 2016                    **Haines & Krieger, LLC**

6

7                                             By: */s/ David H. Krieger*_____
                                                 DAVID H. KRIEGER

8                                                Nevada Bar No. 9086
                                                 Attorneys for Plaintiff

9                                                GINA A. HARVEY

10   DATED:  March 16, 2016                    **Fernald Law Group LLP**

11

12                                            By: */s/  Brandon C. Fernald*_____
                                                  BRANDON C. FERNALD

13                                                Nevada Bar No.10582
                                                  Attorneys for Defendant,

14                                                CAPITAL ONE BANK (USA), N.A.

15                        <u>**ORDER**</u>

16        The Court has reviewed the Stipulation filed by Plaintiff Gina A. Harvey and

17   Defendant Capital One Bank (USA), N.A., named as "Capital One Bank, National

18   Association" ("Capital One"), to extend Capital One's time to file a responsive

19   pleading by 14 days.  The Stipulation is incorporated herein by reference.  Good

20   cause appearing thereon, the Court hereby orders as follows:

21        Capital One's time to file a responsive pleading to the Complaint is hereby

22   extended.  Capital One shall file its responsive pleading to the Complaint on or before

23   March 30, 2016.   No further extensions will be granted.

24   **IT IS SO ORDERED.**

25
                          3-17-2016
26   DATED:  _____        _____

27                                       The Honorable Judge Cam Ferenbach
                                         United States Magistrate Judge

28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT