David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Gina A. Harvey*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Gina A. Harvey,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION, MACY'S/DSNB, AMERICAN EXPRESS/DSNB, SILVER STATE SCHOOLS CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | Case No. 2:15-cv-02263-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO SILVER STATE SCHOOLS CREDIT UNION ONLY** |

   Plaintiff Gina A. Harvey and Silver State Schools CU hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Silver State Schools CU**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:  August 21, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Ramir M. Hernandez, Esq. |
| David H. Krieger, Esq. | Ramir M. Hernandez, Esq. |
| Nevada Bar No. 9086 | Brooks Hubley, LLP |
| HAINES & KRIEGER, LLC | 1645 Village Center Circle |
| 8985 S. Eastern Avenue | Suite 200 |
| Suite 350 | Las Vegas, NV 89134 |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 31, 2016
_____