David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Gina A. Harvey*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Gina A. Harvey,<br><br>                  Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION, MACY'S/DSNB, AMERICAN EXPRESS/DSNB, SILVER STATE SCHOOLS CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>               Defendants. | **Case No. 2:15-cv-02263-JCM-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO MACY'S/DSNB AND EXPRESS/DSNB ONLY** |

     Plaintiff Gina A. Harvey and MACY'S/DSNB AND AMERICAN EXPRESS/DSNB (collectively "DSNB") hereby stipulate and agree that the above-entitled action shall be dismissed without prejudice in accordance

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, DSNB**. Each party shall bear

its own attorney's fees, prejudgment interest, and costs of suit.

      Dated:             June 9, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Matthew Knepper, Esq.<br>Akerman, LLP<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED

_____

UNITED STATES DISTRICT JUDGE

DATED: September 22, 2016
_____