1  **HAINES & KRIEGER, LLC**
   DAVID H. KRIEGER (SBN 9086)
2  dkrieger@hainesandkrieger.com
   8985 S. Eastern Ave., Suite 350
3  Henderson, NV 89123
   Tel: 702.880.5554
4  Fax: 702.385.5518

5  Attorneys for Plaintiff,
   GINA A. HARVEY
6

7  **FERNALD LAW GROUP LLP**
   BRANDON C. FERNALD (SBN 10582)
8  brandon.fernald@fernaldlawgroup.com
   6236 Laredo Street
9  Las Vegas, NV 89146
   Tel: 702.410.7500
10 Fax: 702.410.7520

11 Attorneys for Defendant,
   CAPITAL ONE BANK (USA), N.A.,
12 Named As Capital One Bank, National Association

13

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GINA A. HARVEY, | CASE NO.: 2:15-CV-02263-JCM-VCF |
| Plaintiff, | *Assigned To The Hon. Judge James C. Mahan; Referred To The Hon. Magistrate Judge Cam Ferenbach* |
| v. | |
| CAPITAL ONE BANK, NATIONAL ASSOCIATION, MACY'S/DSNB, AMERICAN EXPRESS/DSNB, SILVER STATE SCHOOLS CREDIT UNION, AND EQUIFAX INFORMATION SERVICES, LLC | **STIPULATION FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE** |
| Defendants. | Complaint Filed:      11/30/2015 |

**TO THE COURT, CLERK OF THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gina A. Harvey and Defendant Capital One Bank (USA), N.A., erroneously sued as Capital One Bank, National Association ("Capital One"), hereby stipulate to dismiss the above-captioned action, with prejudice, as to Capital One only. Each party will bear its own costs, disbursements, and attorney fees.

DATED:  June 9, 2016            **HAINES & KRIEGER, LLC**

By: */s/ David H. Krieger, Esq.*
    DAVID H. KRIEGER
    Nevada Bar No. 9086
    Attorneys for Plaintiff,
    GINA A. HARVEY

DATED:  June 9, 2016            **FERNALD LAW GROUP LLP**

By: */s/ Brandon C. Fernald, Esq.*
    BRANDON C. FERNALD
    Nevada Bar No.10582
    Attorneys for Defendant,
    CAPITAL ONE BANK (USA), N.A.

IT IS SO ORDERED September 22, 2016.

_____
UNITED STATES DISTRICT JUDGE